**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| ISMAEL CARDONA, | : | |
| | | Civil Action No. 08-3049 (RBK) |
| Petitioner, | : | |
| v. | : | **ORDER** |
| J. GRONDOLSKY, et al., | : | |
| Respondents. | : | **CLOSED** |

For the reasons set forth in the Opinion filed herewith, IT IS on this   30th   day of    January   , 2009,

ORDERED that the Petition for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction; and it is further

ORDERED, in the alternative, to the extent this Court may exercise habeas jurisdiction over Petitioner's claim, that the Petition for writ of habeas corpus is DENIED; and it is further

ORDERED that the Clerk of the Court shall close the Court's file in this matter.

S/Robert B. Kugler
Robert B. Kugler
United States District Judge